ANNA E. JACKMAN, Respondent, v. CHARLES VANDERBILT and Others, Copartners Doing Business under the Firm Name and Style of CHARLES VANDERBILT & SONS, Appellants, and EDWARD TIGHE, Defendant.— Judgment reversed upon the law,

† Affd., 254 N. Y. ——.

with costs, and complaint dismissed, with costs. We are of opinion that the driver of the automobile was not an employee of the appellants at the time of the accident. In view of this disposition of the case, the appeal from the order denying motion for a new trial is dismissed. Lazansky, P. J., Young, Hagarty and Carswell, JJ., concur; Rich, J., dissents and votes to affirm.